# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

GETTYSBURG PLACE ASSOCIATES LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-851C

(Filed: October 12, 2005)

**ORDER**

The joint motion, filed September 30, 2005, to stay proceedings in the above case is **GRANTED.** The parties shall provide a joint status report to the Court 14 days after conclusion of the ADR process.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims